827 A.2d 1195

**George PASCOE, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 203 MAP 2002.**

Supreme Court of Pennsylvania.

April 21, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of April, 2003, probable jurisdiction is noted and the order appealed is affirmed.